NO. 23-4427(L)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRUCIT
_____

United States of America,

                                        Appellee,

      v.

Valfonso Dewitt,

                                        Appellant.

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 26(b) and Rule 27(a), Fed. R. App. P., Appellant hereby moves this Court for a thirty-day extension of time in which to file the consolidated brief of appellant and the joint appendix. These documents are currently due on May 10, 2024. Counsel is requesting an extension because he has been in a six-defendant, jury trial in the United States District Court for the District of Columbia, that began on April 10, 2024. Counsel has been unable to complete the brief and compile the joint appendix. A thirty-day extension is requested because counsel needs time to write the brief and finalize the joint appendix. Undersigned counsel believes he will not need an additional extension of time to complete the brief.

1

Undersigned counsel has spoken to government counsel, Brooke Oki, and she does not oppose the defendant's request for a continuance.

This extension would extend the filing time for the consolidated brief of appellant and the joint appendix to June 10, 2024. Pursuant to Local Rule 27(a), Fed. R. App. P., undersigned counsel has consulted with counsel for the government, and co-counsel, and both consent to the relief requested.

                                                                Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.
Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln. Suite 700
Greenbelt, MD 20770

                   ATTORNEY FOR APPELLANT VALFONSO DEWITT

May 8, 2024