FILED: May 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4427
(8:21-cr-00308-PX-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

VALFONSO DEWITT

      Defendant - Appellant

_____

O R D E R
_____

The court denies the motion for extension of time to file the opening brief and appendix.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk