IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA**           \*

                                                                                                                                                                     No: 23-4427

    v.                                                  \*

**VALFONSO DEWITT**                            \*

                    \*   \*   \*   \*   \*   \*   \*

**APPELLANT'S MOTION FOR RECONSIDERATION FOR AN
EXTENSION OF TIME TO FILE APPENDIX & OPENING BRIEF**

    Appellant, VALFONSO DEWITT, by and through his counsel, Alfred Guillaume III, and the Law Offices of Alfred Guillaume III, LLC, hereby respectfully request that this Honorable Court reconsider its May 8, 2024, ruling denying a continuance to extend the time to file an appendix and opening brief in the above-captioned case. In support of this Motion, Appellant states as follows:

1. Appellant's brief and appendix are due on May 10, 2024.

2. On May 8, 2024, appellant filed a motion to extend the time for filing the appendix and opening brief an additional thirty days.

3. Appellant understands the importance of filing a brief timely and respects the fact that this Honorable Court has many cases to consider daily.

4. Appellant is lead counsel in a six-co-defendant trial that began on April 10, 2024, *United States v. Alvarado-Velazquez, et. al.,* in the United States District Court for the District of Columbia.

5. In the *Alvarado* case, the charges included Vicar Murder, Kidnapping Resulting

1

in Death, Racketeering Conspiracy, and other related charges. The nature of these charges, some of which carry mandatory life sentences upon conviction, have prevented counsel from being able to finish the joint appendix and brief in the instant case.

6. Appellant is a solo practitioner and would greatly appreciate one last opportunity to file the opening brief and joint appendix.

7. Government counsel consents to the relief requested in this motion.

WHEREFORE, Appellant respectfully request that this honorable Court reconsider its previous ruling denying an extension of time. Appellant now requests *fourteen days* in which to file the opening brief and joint appendix, on or before May 24, 2024.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III
The Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln. Suite 700
Greenbelt, MD 20770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this May 9, 2024, a copy of the foregoing was served on counsel of record via ECF.

*Alfred Guillaume*
_____
Alfred Guillaume III